UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2009 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | ED CR No. 10-00006 |
| Plaintiff, | **I N D I C T M E N T** |
| v. | [18 U.S.C. § 32(a)(5): Interference With An Operator of An Aircraft; 18 U.S.C. § 32(a)(8): Attempted Interference With An Operator of An Aircraft] |
| NATHAN RAMON WELLS, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 32(a)(5)]

On or about June 3, 2009, in San Bernardino County, within the Central District of California, defendant NATHAN RAMON WELLS, acting with intent to endanger the safety of any person and with a reckless disregard for the safety of human life, willfully interfered with and disabled an individual engaged in the authorized operation of an aircraft, namely, the California Highway Patrol's aircraft N108HP, a Eurocopter AS350B3

1  helicopter, which was an aircraft in the special aircraft
2  jurisdiction of the United States.

## COUNT TWO

[18 U.S.C. § 32(a)(8)]

On or about June 3, 2009, in San Bernardino County, within the Central District of California, defendant NATHAN RAMON WELLS, acting with intent to endanger the safety of any person and with a reckless disregard for the safety of human life, willfully attempted to interfere with and disable an individual engaged in the authorized operation of an aircraft, namely the California Highway Patrol's aircraft N108HP, a Eurocopter AS350B3 helicopter, which was an aircraft in the special aircraft jurisdiction of the United States.

A TRUE BILL

/s/
_____
Foreperson

GEORGE S. CARDONA
Acting United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

SHERI PYM
Assistant United States Attorney
Chief, Riverside Branch Office

CHARLES E. PELL
Assistant United States Attorney
Riverside Branch Office