**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTES -- CHANGE OF PLEA**

Case No.      ED CR 10-00006 VAP                                         Date: August 2, 2010
PRESENT:    HONORABLE VIRGINIA A. PHILLIPS, DISTRICT JUDGE

| *Marva Dillard* | *Phyllis Preston* | *N/A/* | *Charles Pell* |
|---|---|---|---|
| *Courtroom Deputy* | *Court Reporter* | *Interpreter -* | *Asst. U.S. Attorney* |

===============================================================================

**U.S.A. v. (DEFENDANT(S) PRESENT**              **ATTORNEYS PRESENT FOR DEFENDANT(S)**

   NATHAN RAMON WELLS                                  Angela Viramontes, DFPD
   X Bond                                                          X Appointed

_____
PROCEEDINGS:        **CHANGE OF PLEA** TO COUNT ONE OF THE INDICTMENT

Defendant is sworn and moves to change plea to Count One of the Indictment.

Defendant now enters a new and different plea of Guilty to Count One of the Indictment.

The Court questions the defendant regarding the plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered.

The Court refers the defendant to the U.S. Probation Office for investigation and report and continues the matter to October 18, 2010, at 9:00 a.m., for sentencing.

The Court vacates the jury trial date.

The Government withdraws its applications for review/reconsideration of order setting conditions of release (docket nos. 26 and 27, respectively), filed on March 18, 2010.   SO ORDERED.

**Counsel are notified that Federal Rule of Criminal Procedure 32(f)(1) & (2) requires the parties to notify the Probation Officer, and each other, of any objections to the Presentence Report within fourteen (14) days of receipt. Alternatively, the Court will permit counsel to file such objections no later than twenty-one (21) days before Sentencing.  The Court construes "objections" to include departure arguments.  Requests for continuances shall be filed no later than twenty-one (21) days before Sentencing.  Strict compliance with the above is <u>mandatory</u> because untimely filings impede the abilities of the Probation Office and of the Court to prepare for Sentencing.  Failure to meet these deadlines is grounds for sanctions.**

                                                                                                       -_____ :  __30___
                                                                   Initials of Deputy Clerk _md_____

*cc: U.S. Probation*

_____
CR-8  (03/06)                          CRIMINAL MINUTES - CHANGE OF PLEA