# EXHIBIT A

# 1991

## CERTIFICATE OF LIVE BIRTH
## STATE OF CALIFORNIA
### USE BLACK INK ONLY

104-

| | | | |
|---|---|---|---|
| STATE FILE NUMBER | LOCAL REGISTRATION DISTRICT AND LOCAL REGISTRATION NUMBER | | |
| | | 1 9 1 3 3 0 1 4 8 5 | |

**THIS CHILD**
1A NAME OF CHILD—FIRST (GIVEN): Nathan
1B MIDDLE: Ramon
1C LAST (FAMILY): WELLS

| 2 SEX: Male | 3A THIS BIRTH—SINGLE, TWIN, ETC.: Single | 3B IF MULTIPLE THIS CHILD WAS BORN—1ST, 2ND, ETC. | 4A DATE OF BIRTH—MO, DAY, YEAR: January 27, 1991 | 4B HOUR: 0049 |

**PLACE OF BIRTH**
5A PLACE OF BIRTH—NAME OF HOSPITAL OR FACILITY: Desert Hospital
5B STREET ADDRESS—STREET AND NUMBER OR LOCATION: 1150 No. Indian
5C CITY: Palm Springs
5D COUNTY: Riverside
5E PLAN OR PLACE OF BIRTH: Hospital

**MOTHER**
6A NAME OF MOTHER—FIRST (GIVEN): Sonya
6B MIDDLE: Ramona
6C LAST (MAIDEN): Garza
7 STATE OF BIRTH: CA
8 DATE OF BIRTH: 3-4-74

**FATHER OF CHILD**
9A NAME OF FATHER—FIRST (GIVEN): Randall
9B MIDDLE: Don
9C LAST (FAMILY): Wells
10 STATE OF BIRTH: TX
11 DATE OF BIRTH: 1-11-67

**CHILD OF**

**PARENT'S CERTIFI-CATION**

**CERTIFI-CATION**
12B RELATIONSHIP TO CHILD: mother
13A LICENSE NUMBER: G 37914
12C DATE OF BIRTH: 1-27-91
1C LAST (SIGNED): 2-7-91

**CERTIFI-CATION OF BIRTH**
13D TYPE/NAME, TITLE AND MAILING ADDRESS OF ATTENDANT: William R. Schmitz, M.D., 1100 N. Palm Canyon, P.S., CA.
13B STATE FILE NO.
14 TYPE/NAME AND TITLE OF CERTIFIER OTHER THAN ATTENDANT

**LOCAL REGISTRAR**
15A DATE OF DEATH
15B STATE FILE NO.
15D/LOCAL REGISTRAR
16 DATE ACCEPTED FOR REGISTRATION: FEB 11 1991

EXHIBIT B

16 September 2010

The Honorable Virginia A. Phillips
United States District Judge

Dear Judge Phillips,

My name is Sonya Garza, and I am the mother of Nathan Wells. I conceived

Nathan when I was seventeen years old. Nathan is my second child out of four children.

Nathan was born a month premature, he was a small, healthy baby.

As a child Nathan, was a very loving and strong will child. He enjoyed playing

out side, ride bikes, and motorcycles. Nathan had many friends and enjoyed elementary

school. Nathan received many awards for good attendance and good citizenship. Nathan

got along well with his siblings and still has a close relationship with them. When Nathan

was eight years old his father and I started to have many problems in our marriage. I

decided to file for a divorce because my ex-husband was verbally and physically abusive

to me. The divorce was a struggle for my children, but I feel Nathan took it the worst. He

did not want to have a broken home. Nathan struggled as an adolescent. Nathan's, grades

where poor when he was in Jr. High School. I would receive phone calls from his teacher

and sometimes the principle. Because of this Nathan had to attend a continuation school

to help him transition to a regular high school. Nathan never made it to a regular high

school. He was later taken out of this school and placed in a GED program. Nathan

would go once a week to school and when he turned eighteen he decided to drop out.

My son Nathan has had a tough adolescence. I believe he struggled because growing up he had no positive male roll model. I tried my best as a single mother to raise him up to be a positive citizen. I've struggled by working, and putting myself through college to have a better life for my children. I thrive to be that positive roll model in Nathan's life even though, I am not his father. When Nathan was arrested for the crime he committed, it hurt me deeply. I was at work and my mother was sick at home, she told me the police arrested Nathan and he was crying and did not want to go to jail. I have asked him why he would do such a thing. He told me he did not think the light would shine so far. This has shown me how much Nathan is still immature and needs guidance.

This past year I have seen Nathan remorseful for what he has done. He blames himself for his actions. He is grateful that no one was hurt and understands how serious this is. He wishes this was all over and that he never committed the crime. Nathan has been responsible in keeping in contact with pre-trial services. He drives himself to all the appointments he needs to attend for his case. I have seen him be more responsible and helpful around the house. He has told me that making better choices is what he needs to do in his life because he is responsible for his actions. My son now is setting goals for himself. He wants to get his GED and a college degree. I plan on encouraging Nathan to pursue his goals and turn his life around. Nathan has a big heart and is striving to do well.

Sincerely,

Sonya Hauze

EXHIBIT C

# Marc Sanders, Ph.D.
**9107 Wilshire Blvd., Suite 301**
**Beverly Hills, CA 90210**
**(310) 497-5995**

## Psychological Evaluation

**Re:** WELLS, Nathan (US v. Nathan Wells, ED CR 10-6 VAP)

Date of Interview:      September 1, 2010
Date of Report:        September 16, 2010

### Focus of Assessment

The focus of the current evaluation was to assess the psychological factors that may underlie the pattern of delinquent behaviors exhibited by Nathan Wells over the past several years and to reach conclusions regarding his current mental status. This evaluation was prompted by Nathan's upcoming sentencing hearing related to a recent unlawful act in which he pointed a laser pen beam into the cockpit of a police helicopter. He faces an extended term of incarceration for the offense.

The information in this assessment is based on an individual interview with Nathan Wells lasting approximately three hours and a review of relevant documentation provided by his attorney Angela Viramontes, including interview notes with family members, criminal history summary, police reports, school report cards, attendance logs, and a psychological evaluation conducted by Michael C. Leitman, Ph.D., dated June 5, 2007. The Beck Depression Inventory-II and a general symptom checklist were also administered.

### Indentifying Information and Mental Status

Nathan Wells is a single, 19-year-old, African-American/Hispanic male. He presented as a thin young man of below average height and weight, wearing a blue baseball cap, black t-shirt, baggy blue jeans, and sneakers. He appeared slightly anxious at the beginning of the interview, but seemed to calm as the interview proceeded. His affect was flat with no range. His speech was slowed and a monotone giving the impression that he had considerable distance from his emotions. However, he was cooperative with the structure of the interview and made direct eye-contact throughout.

His answers were brief and often vague, which required frequent encouragement to produce further elaboration. He also appeared to have difficulty recalling memories from his past. He seems to be of average of intelligence, but showed limited insight, demonstrated by his difficulty identifying emotions and reflecting on the connection between his past experience and present behavior. Nathan acknowledged feeling "depressed" about his upcoming sentencing hearing, being on house arrest, and the future possibility of incarceration, but did not express any signs of suicidal ideation and said, "I just need to do my time and start over. I'm trying not to think about it". He showed no evidence of psychotic processes.

## Background Interview with Nathan Wells

Nathan Wells was born on January 27, 1991 to Randall Wells and Sonia Garza at the Desert Regional Hospital in Palm Springs, California. He has three siblings (Randall age 20, ███████ 16, and ███████ge 15), two half-siblings (Amanda age 18 and ███████ age 8), and two step-siblings (Sergio age 22 and Michael age 20). He currently lives with his maternal grandmother, Martha Garza, his mother, and his three siblings in Cathedral City, California. His father also lives in Cathedral City with his wife . His father works as a mechanic, but is currently unemployed and his mother works as a "baby nurse" at a childcare facility.

For the first eight years of Nathan's life he resided in Cathedral City with his parents and three siblings where he remembers his family doing many activities together and being "very close". He said that he remembers camping in the desert, day trips to Magic Mountain and Disneyland, and large family gatherings. When asked for more details about his early life, Nathan had difficulty producing specific memories and said, "It was good". However, after further inquiry about his specific relationships with family members, Nathan recalled the frequent arguments between his parents and said the household was "very stressful" when his parents would fight.

When Nathan was eight-years-old, the family moved to Moreno Valley, California where they lived together for about one year, but in that same year, his father was discovered having an affair with another woman, which resulted in his parents' separation and eventual divorce. After his parents' separation, Nathan's father moved to Desert Hot Springs, California and his mother moved back to Cathedral City. Nathan stated, "It was really hard because we weren't all together anymore" and "My dad was to blame for breaking us up because he had the affair". When I asked Nathan if he was angry with his father for breaking the family up he replied, "No, it's just what happened," and he appeared to become protective of his father.

After leaving Moreno Valley, Nathan still wanted to live with his father and decided to move in with him and his "new family" in Desert Hot Springs, which included his father's new female partner and her four children. I asked Nathan why he wanted to live with his father and he said, "I liked being around him because he liked to be outside and do things with cars". But, Nathan commented that this was the most difficult time in his life because his family was now separated and his father's house was too crowded and uncomfortable. Nathan stated, "It's easy to get lost in the shuffle with all of those other kids". Within a year, Nathan moved back with his mother and three siblings in Cathedral City, but was able to continue seeing both parents nearly everyday.

During the interview, Nathan seemed to avoid and minimize the level of emotional distress he experienced in childhood, but after further questioning, he slowly revealed a more conflicted picture. For example, when asked about his individual relationships with his mother and father he said, "They were real good". When encouraged to say more about his father, Nathan said, "My father is really hands on and he gave us everything… motorcycles, videogames, you name it." He then said his father was more "strict" than his mom. When asked for more detail, Nathan reported that his father was the one who "did the discipline" in the family and had to punish him frequently for bad behavior by spanking him with a belt.

In the present interview, Nathan stated that his father would "spank" him with a belt 2-3 times per month, but in a previous interview with Jacob Etner (Investigator at the Federal Public Defender's Office), Nathan reported spankings that occurred 3-4 times per week. This contradictory report seems to reflect the anxiety connected to the subject matter and Nathan's attempt to censor the facts. Nathan had no memory regarding when the "spankings" began, but said that he remembers it stopping when he was age of 13-years-old.

As I attempted to get more detailed information, Nathan seemed to get more protective of his father and said, "He wouldn't be angry though, he would just spank me because I did something wrong, he was never aggressive about it." When I asked about the kinds of things he would be punished for, Nathan said, "Being bad in school, being a clown in class... my dad would say, if you keep getting in trouble you're going to keep getting whippins". When asked if his father would ever talk to him about what had happened and try to understand why he was getting into trouble, Nathan responded with a blank look on his face and said, "I knew what I was doing was wrong and I knew what the punishment would be". This response conveyed to the interviewer the sense that Nathan was protecting his father and attempting to take the blame. It also conveyed the sense that communications with his father lacked emotional understanding and physical punishments were likely excessive and abusive.

When asked directly about his relationship with his mother, Nathan said, "It's a good relationship, we talk.... I tell her what I'm doing". He also commented on his mother's efforts to be "active" in his life by initiating outdoor activities, such as camping and riding motorcycles in the desert. But, as Nathan spoke of his relationship with his mother, he seemed to gravitate toward his struggles watching her begin to date other men. Nathan stated, "When it came to my mom I didn't want her being around other guys... some other man coming in and trying to take my place or tell me what to do."

Nathan recalled being very angry with his mother's boyfriends and said he would become enraged at them for taking his mother's attention away. For instance, Nathan recalled an incident at home when his mother was on a date and he tried to reach her on the phone because his brother had injured himself, but she did not answer. When she and her date returned home Nathan shattered the man's car windows with a hammer and then took off on his motorcycle. Nathan's descriptions of his relationship with his mother conveyed the sense that he hungered for her attention and felt deeply conflicted about having to share her with others, especially other men. However, Nathan added that he accepts his mother's boyfriend now because he realizes that it is important for his mother to be happy.

Nathan's relationships with his siblings also reflect some of the conflicts Nathan struggled with at home. For instance, Nathan talked about his competitive relationship with his older brother Randall who he felt got more attention and received more gifts than he did. The competition with his brother and the sense of envy he experienced led to many fights between them over the years. Nathan stated, "That's where I got a lot of anger out for a long time, was at my brother... now I get it out riding motorcycles". Nathan explained that his relationship with his older brother has settled down and they no longer fight the way they used to, but he seemed to imply that his anger is still a powerful driving force in his life. In relation to his younger brother and sister, Nathan described himself as though he was in a parental role, saying that he has always felt very protective of them and has always tried to "steer them in the right direction".

Nathan grew up in a geographical area very close to a neighborhood called "Dream Homes," which is known to have a high incidence of criminal activity and a significant gang presence. According to Nathan, his father and uncle grew up in the gang culture native to this area and had a "crew they ran with" for many years. From an early age he recalls his father having problems with law enforcement, including receiving stolen property, evading arrest, burglary, and drug possession charges. Nathan seemed to take pride in the fact that his father was well known in the area. In fact, to this day, Nathan says he and his brother still get respect on the street because everyone knows the name of his father and uncle. However, Nathan was quick to point out that his father gave up his gang affiliations when he was around 11-years-old and made efforts to change his way of life by "going straight" and getting a job working as a mechanic.

Nathan has an extensive criminal history himself starting at the age of 13 with continuous violations through to the present. Although Nathan denied being a member of a gang, he did say that he knows many people who are associated with gangs and described the importance of being in good standing with the neighborhood. It was clear from the interview that Nathan's lifestyle is very much embedded in this environment, which provides social rewards for deviant behavior. For instance, Nathan was asked why he has been in so much legal trouble to which he answered, "When I was younger, it was fun." He went on to describe the first time he was involved in a robbery watching his older brother steal a car stereo. He stated, "At first I was scared, but then I got used to it and it became like a competition with my friends to see who could get the most stuff by the end of the night... everybody did it".

Nathan explained that he has always been very scared of law enforcement, especially when pursued by police. He stated that he has been afraid of police as far back as he can remember and recalls memories of being scared as a young child when his mother would get pulled over. He explained that when he is approached or pursued by police he "panics" and is unable to think about anything else except to escape the situation. He also stated that he thinks the local police have it out for him because of his family name and that he is often harassed by them even when he has done nothing wrong, which makes him really angry.

When asked directly about his past aggressive behavior toward law enforcement officers, Nathan said he loses control when he is panicked and scared and does things he later regrets. As I reviewed the legal violations listed from Nathan's criminal history, he acknowledged having committed most of the acts described, although in some cases he claimed to be wrongly accused. When asked to help me understand why he would continue to engage in these behaviors and risk getting arrested, he explained that much of the time he was just trying to "have fun" with friends and "to be the smoothest".

Nathan reported that he started smoking marijuana at the age of 14-years-old. He reported that he likes the feeling associated with marijuana intoxication and that it helps calm him down. He says that he has consumed alcohol on many occasions, but doesn't like it much, and prefers to smoke "pot". When asked about other substances he has tried and/or currently uses, Nathan reported that he has not used any other substances. He stated, "I never saw my dad use any other drugs, so I decided not to try them".

Nathan reported that he never considered the consequences of his behavior or the way his behavior affected others when he was younger. He reported that family members and friends had told him that he could get away with most crimes without risking serious punishment as long as he was under the age of 18. Now that he is older, he says, he realizes that there are serious consequences for his actions and that many of his actions have hurt other people. He stated, "I know now that it hurts other people to steal from them because I have had things stolen from me. When I was younger, I never used to think about that".

When asked what he was thinking about when he pointed the laser pen at the police helicopter, Nathan explained that he did not realize the pen's laser could travel the distance to reach the helicopter. He reported that he was driving down the road bored and "just goofing around". He stated that he did not know that he was committing such a serious offense and was surprised when the police helicopter noticed the laser and began to follow him. He said, "If I knew how much trouble I was in I would have thrown the laser pen away, but I just waited out in front of my house and handed it over. Nathan seemed genuinely surprised by the outcome of the incident and unaware of any ill intent behind the action.

Nathan demonstrated a similar pattern of behavior in school from about the same age as when he started getting into trouble with law enforcement (age 13), including frequent fights with other students, excessive absences, disruptive behaviors in class, multiple suspensions, and low grades and test scores. By the ninth grade, recommendations were made by his teachers that he be placed in alternative school due to his inability to conform to the basic daily structure of classes. Nathan transitioned into an alternative education program, but continued to have similar difficulties and showed very little interest in applying himself to the academic setting. When he turned 18, he decided to drop out of school completely without informing the school or his parents.

When asked about his difficulties in school, Nathan reported that he always had a hard time concentrating and staying focused, especially when reading. He stated, "I would get side-tracked and start thinking about something else," and " I would end up being the class clown". When I asked him if he was ever referred for testing to see if he suffered a learning disability he reported that the issue was never brought up and that he never told anyone about his difficulty because he was embarrassed of it. He was also asked if anyone had ever suggested counseling to help him understand his emotions to which he said he had not.

Nathan explained that many of his friends were older than he was and were already out of school, which made it hard for him to continue attending. He said that school was a place where he could not focus or concentrate and that he needed his friends and needed to ride his motorcycle to get out his aggression. Nathan says that he now regrets not finishing school and wants to go back to complete his GED and eventually go to college.

Nathan also talked about his relationship with his girlfriend (Fabiola), which has lasted approximately one year. He said she "works really hard, goes to college, and is a really good person". Nathan said she is his first "real" girlfriend and he cares about her very much, although they have been fighting a lot recently. According to Nathan, she broke up with him a month ago due to his current house arrest, which prevents him from taking her out and having fun. Nathan commented that their break-up has made him very sad, but that he believes they will get back together when he completes his jail sentence.

Nathan said his life has slowed down significantly over the past few months because he has been on house arrest. He is able to leave the home for his job at a moving company, which he says he likes because it is outdoors. But, he says, he feels more isolated from his friends and has a lot of time to think about things, which makes him sad. He explained that the way he deals with things that are difficult for him is by not thinking about them, but now that he has so much time with nothing to do he has a harder time keeping things out of his mind. This, he says, creates more distress for him.

I asked Nathan if there was anything else I should know about him that would help me with the evaluation and he said, "The things I have been around were bad... I have a friend who was killed in a gang shooting and another friend doing 60 years to life for shooting someone... I'm really not that bad... I have chosen not to do a lot of things that would be much worse". Nathan explained that he realizes he needs to change his behavior and is interested in making a better life for himself. In fact, he said that he would be interested in receiving counseling to help him understand his emotions better. He says he wants to "do his time" and then begin going to school for general education to figure out what interests him.

Nathan was given a general symptom checklist and the Beck Depression Inventory-II (BDI-II) to assess symptoms related to his current emotional status. He reported "moderate" ratings for depression and "mild" ratings for changes in appetite, weight change, inability to concentrate, and feelings of hostility. On the BDI-II he scored in the "mild" range for depressive symptoms. Nathan reported having no past or current medical problems and no history of psychiatric hospitalizations or mental health related diagnoses.

## Assessment Conclusions

Throughout the interview, Nathan seemed to minimize events that might cast his childhood circumstances in a negative light or portray himself as the victim, especially in relation to his father. He also appeared to minimize the intensity of his own emotions. This was especially evident in his initial responses to questions, which tended to be vague, matter of fact, and lacking emotion. In addition, Nathan had difficulty remembering the details of events, often stating that he did not know or could not remember. Given Nathan's past and present circumstances, his presentation indicates a significant level of detachment and dissociation, which is common among individuals who have suffered emotional trauma during childhood. In fact, it is quite common for victims of childhood abuse to block out memories of the traumatizing events and to have very little insight into what happened to them until later in adulthood when they begin to reflect on their past experiences.

It appears that Nathan experienced a significant degree of emotional neglect and emotional and physical abuse in his familial environment, which was characterized by domestic conflict between his parents, separation and divorce, geographical displacements, competition for parental attention between a large number of siblings, half-siblings, and step-siblings, and a consistent pattern of physical abuse from his father. It does not appear that Nathan received adequate attention to his basic emotional needs for understanding and empathy and was not given appropriate support and modeling to help him learn how to express and cope effectively with his emotional conflicts.
The result of this emotionally deprived and abusive familial environment on Nathan was a profound lack of emotional security, which is critical for the development of a firm sense of self-esteem and self-worth. In particular, the consistent physical punishments he received from his father were likely

worse than he stated in the interview and were most likely traumatic. As a result, it appears that Nathan was sorely unprepared to manage the intense feelings of loss, neglect, and rage that he experienced growing up and thus he was forced to rely on a crude set of defensive strategies in order to achieve emotional equilibrium. Nathan's pattern of substance use, academic failure, delinquent behavior, and aggressive acts toward others reflect an attempt at an emotional compromise.

Nathan's regular use of marijuana from an early age is a good example of the emotional compromises he has made in response to his stressful life circumstances. It is an effective form of self-medication giving him temporary relief from and control over his emotional distress and serves as an agent of bonding with peers who also engage in its use. Of course, the very intoxicating features that he desires from its use also contribute to masking the emotional pain he desperately needs to address. It appears that Nathan's pattern of substance use is primarily limited to marijuana and has not extended to the use of other and more dangerous substances. His use of marijuana is something that can be effectively dealt with given proper rehabilitative measures directed at his emotional disturbances.

Nathan's difficulties in school also reflect a surface symptom that can be linked to his underlying emotional conflicts, and perhaps, to a learning deficit. Although it is not completely clear at this point, it is rather obvious that Nathan's maladaptive behavior in the school setting is rooted in emotional distress and may also be connected to an undiagnosed learning disability and/or attention disorder, which was not referred for appropriate assessment or treatment. Nathan identified his difficulties with concentration and focus in the interview and commented on his embarrassment about revealing these troubles to anyone. The combination of being hindered in this way and the accumulation of repeated academic failure experiences without any channel for expressing the problem must have been extremely frustrating. The school setting would also be an extremely unrewarding environment to be in and only act to reinforce feelings of incompetence and low self-esteem.

The social/cultural environment in which Nathan grew up also appears to have contributed to his choices as to how to redirect his unmet needs by providing models of deviant behavior from which to achieve the attention he lacked at home. In addition to having a father, uncle, and an older brother who modeled criminal behavior, it appears that the local neighborhoods also provided an environment that normalized unlawful behavior and provided social rewards for engaging in such behaviors. For someone like Nathan, who lacked the capacity to regulate his emotions, lacked a sense of identity and self-esteem, and was starving for attention and acceptance, this social environment must have seemed appealing. In fact, it may have been the social milieu he was most familiar with from an early age and the one that he could most easily understand.

A prominent theme threaded throughout Nathan's life is his relationship with his father and his conflicted interactions with male figures in general, especially those in a role of authority. During the interview, Nathan frequently commented on his desire to be near his father and expressed a sense of pride in his father's status within the community, giving the impression that he holds his father in high esteem. He was quite unwilling to discuss negative or ambivalent feelings about his father, and instead, tended to offer protective explanations for his father's actions, especially around the issues of physical punishment and criminal behavior.

However, Nathan described a number of situations and experiences that would suggest more conflicted feelings than those he revealed, including domestic conflicts between his mother and father, his father's role in his parent's divorce, and the frequent physical punishments he endured at his father's hand. These seemingly contradictory findings suggest to the interviewer that Nathan is invested in denying the painful feelings associated with these experiences and has defensively split them off from consciousness.

In line with Nathan's investment in denying his emotional pain associated with his relationship to his father, he is able to preserve an idealized image of him, which offers a sense of internal strength and confidence through identification. By identifying with the idealized figure of his father, Nathan can achieve an inflated sense of identity and self-worth without having to confront the anxiety of actually lacking his own. In fact, Nathan's identification with his father and his father's behavior is quite striking as demonstrated by his many parallel actions and interests. For instance, Nathan has committed many of the same crimes as his father including evading arrest, receiving stolen property, substance possession charges, etc. Nathan also commented on having the same interests as his father, including motorcycles and cars.

However, the consequence of holding a rigidly fixed and idealized image of his father is that Nathan must deny the negative feelings associated with the relationship and redistribute them toward relationships in which he is less emotionally invested and dependent. This suggestion is well supported by Nathan's contentious relationship with his older brother to whom he was able to direct his rage and anger throughout his childhood years and is paralleled by examples of intense rage directed at his mother's boyfriends, while maintaining a relatively conflict-free relationship with his father, at least on the surface. It is also supported by the presence of Nathan's difficulty regulating his anger in general, which often results in uncontrolled outbursts.

The pattern of aggressive and rebellious behaviors toward law enforcement officers and the resulting threat of punishment he receives from the legal system reflect a nearly perfect symbolic enactment of the panic, helplessness, and anger Nathan may have felt in relation to his father. In this way, Nathan establishes his prideful association with his father by emulating his father's deviant behavior, but he also asserts his anger and defiance toward him by acting it out on others. In addition, through his identification with his father, Nathan is able to psychologically overcome and master the feelings of powerlessness he felt when he was physically punished, and instead, experience himself as the one who holds the power and control over the situation. The unfortunate consequence of this unconscious cycle of acting-out, which is aimed at protecting a vulnerable and fragile sense of self, is that it becomes a self-fulfilling prophecy in which Nathan repeats and re-experiences the emotional neglect, loneliness, and trauma of his childhood, and perhaps, continues a trans-generational pattern of deviant self-defeating behavior.

**<u>Diagnostic Considerations</u>**

1. **It is the opinion of this interviewer that Nathan's pattern of delinquent behavior is an expression and symbolic re-enactment of the emotional neglect and abuse he suffered within his family system and an identification with the modeling he received from adult figures in the familial/socio/cultural context within which he grew up. It is believed that Nathan suffered significant emotional and physical abuse in his early childhood, and as a result, has sustained psychological trauma. It is also believed that Nathan**

**significantly minimizes and blocks memories of the abusive events that actually occurred in his early life due to the unconscious dissociative mechanisms he uses to cope with the abuse itself.**

**Nathan's minimization and denial of his negative childhood experiences might give the outside observer the false impression that he did not suffer these emotional injuries, however, it is clear from behavioral observations and the overall picture of his personal history that he is defensively invested in detaching and suppressing his memories of them. Although it is highly probable that Nathan suffers from a chronic form of Posttraumatic Stress Disorder as demonstrated by many classic symptoms, due to his extreme denial and minimization of the events and experiences he endured as a child, more information will be needed to establish a firm working diagnosis of his condition.**

2. Nathan demonstrates many of the typical behaviors associated with Attention Deficit/Hyperactivity Disorder and identified a number of the classic subjective features of the condition during the interview, including difficulty concentrating, distractibility, and impulsivity. His performance in the academic setting also suggests the possibility of a learning disorder as demonstrated by his poor performance on standardized tests, especially his stated difficulty reading. Nathan's teachers should have been alerted to these possibilities and recommended appropriate measures to provide assessment and treatment for the problem of which there is no record.

3. Nathan appears to be suffering from a moderate level of depression as a result of the stress associated with his house arrest, sentencing hearing, and future possibility of incarceration. These changes have significantly impacted his social and romantic life and have left him feeling isolated and alone. Nathan also scored in the "mild" to "moderate" range for depressive symptoms on a general symptom checklist and the Beck Depression Inventory-II.

4. Nathan's use of marijuana over the past several years appears to be a crude form of self-medication, which developed to the level of dependence. Although he reports that he is not currently using marijuana, without proper attention to his emotional troubles, it is likely he will continue to be compelled to use it for this purpose.

<u>DSM-IV-TR Axis I Diagnosis:</u>

1. Rule-out 309.81 Posttraumatic Stress Disorder, Chronic
2. Rule-out 314.9 Attention-Deficit/Hyperactivity Disorder
3. 309.0 Adjustment Disorder with Depressed mood, Acute
4. 304.30 Cannabis Dependence

**Recommendations**

**Given the likely possibility that Nathan will face an extended period of incarceration, it is of serious concern that he will not receive the rehabilitative assistance he so desperately needs. It is extremely unfortunate that the very consequence of his acting-out behaviors will serve to prevent him from receiving the therapeutic intervention**

necessary for his recovery, and will instead, reinforce and perpetuate the very cycle of trauma that motivates his deviant behavior in the first place. With that said, the following recommendations should be made in this case:

1. It is strongly recommended that Nathan receive intensive psychological counseling to address his underlying emotional distress and trauma. Some form of outpatient day treatment would be preferable, where Nathan can attend group and individual counseling multiple times per week.

2. It is strongly recommended that Nathan pursue individual psychotherapy to offer him a one-on-one relationship that can support the difficult process of making contact with his emotional pain and to provide a safe environment to further assess the nature and extent of his abusive history.

3. It is strongly recommended that Nathan receive a psychiatric evaluation and psychological testing appropriate for determining the presence of an attention deficit disorder and/or a learning disability.

4. Further monitoring and assessment of substance dependency issues related to Nathan's use of marijuana should be ongoing.

Marc Sanders, Ph.D.
Clinical Psychologist
License # PSY 18365

*The findings in this report are of reasonable psychological certainty based on the information available at the time of this assessment. I reserve the right to change any of the opinions included in this assessment should other information become available.*

EXHIBIT D

PERMANENT RECORD

## BEHAVIOR AND WORK HABITS

| | 1 | 2 | 3 |
|---|---|---|---|
| Responds well to correction and shows respect for adults. | S | S | S |
| Shows self control, waits for turn, without interrupting. | S | S | N |
| Is dependable and responsible. | S | S | S+ |
| Takes pride in doing his/her best, works carefully and neatly. | S | S | N |
| Makes good use of time. | S | S | N |
| Works well independently and thinks for himself/herself. | S | S | S+ |
| Takes care of materials and cleans up. | S | S | S |
| Respects the rights and property of others. | S | S | S+ |

## READING

| | 1 | 2 | 3 |
|---|---|---|---|
| **ATTITUDES AND LISTENING SKILLS** | | | |
| Listens and follows directions | S | S | S+ |
| Shows an interest in books | S | S | S+ |
| **LANGUAGE SKILLS** | | | |
| Expresses ideas | S | S | S+ |
| Remembers songs, rhymes, and fingerplays | S | S | S |
| Knows first and last name | S | M | M |
| Knows address and phone number | S | M | M |
| Knows the colors | S | M | M |
| **SENSORY SKILLS** | | | |
| Recognizes and writes first and last name | S | S | S |
| Sees likenesses and differences (in pictures, shapes, letters and words) | S | S | S+ |
| Hears likenesses and differences | S | S | S |
| Hears rhyming words | S | N | S+ |
| Demonstrates fine motor control (using crayons, pencils and scissors) | S | M | M |
| **ALPHABET SKILLS** | | | |
| Names upper and lower case letters | S | S | S |
| Matches upper and lower case letters | S | N | N |
| Knows the sounds of the letters | S | N | N |
| Spells simple phonetic words | S | N | S |
| **COMPREHENSION SKILLS** | | | |
| Dictates stories to the teacher and "reads" them back | S | M | M |
| Sequences a picture story | S | S | S |
| Reads and understands at a pre-primer level | | S | S |
| Reads and understands at an advanced level | | | |

## MATHEMATICS

| | 1 | | 2 | | 3 | |
|---|---|---|---|---|---|---|
| **COMPUTATION SKILLS** | | | | | | |
| Counts to: | 1. 15 | 2. 10 | 3. 28 | | | |
| Sequences to: | 1. __ | 2. 10 | 3. 20 | | | |
| Writes to: | 1. __ | 2. 10 | 3. 22 | | | |
| Reads to: | 1. __ | 2. 10 | 3. 22 | | | |
| Does simple addition and subtraction. | S | S | S | | | |
| **LOGIC SKILLS** | | | | | | |
| Classifies objects into sets | S | N | M | | | |
| Completes simple patterns | S | S | M | | | |
| **APPLICATIONS SKILLS** | | | | | | |
| Identifies (square) (triangle) (circle) (rectangle) | S | S+ | M | | | |
| Identifies ordinals, first through tenth | S | S | M | | | |
| Tells time to the hour | S | N | M | | | |
| Names a penny, nickel, dime | S | M | M | | | |
| Makes comparisons (larger-smaller)(more-less)(few-many) | | | | | | |

## PHYSICAL EDUCATION

| | 1 | 2 | 3 | | | 1 | 2 | 3 |
|---|---|---|---|---|---|---|---|---|
| Balances | S | S | S | Ball Activities | | | | |
| Skips | S | S | S | Catches | | | |
| Hops on one foot | S | S | S | Bounces | | | |
| Jumps rope | | | | Throws | | | |

Science, Social Studies, Health and Safety, Music and Art are included in the curriculum. Your child has the opportunity to participate in all areas.

NAME  Nicknum Wells
SCHOOL  Dubbunug Wells
YEAR  1996-97

TEACHER  Morrison
PRINCIPAL
GRADE  K

Assignment for September, 19 97

COMMENTS

Parent Signature

Parent Signature

EXHIBIT E

MARKING KEY — SUBJECT AREAS

**PRIMARY**
O – Outstanding
V – Very Good
S – Satisfactory
I – Improving
N – Needs Improvement

**INTERMEDIATE**
A – Excellent
B – Very Good
C – Average
D – Below Average
F – Very Poor

| SUBJECT AREAS | PRIMARY GRADE | PRIMARY ABOVE GRADE | PRIMARY AT GRADE | PRIMARY BELOW GRADE | INTERMEDIATE GRADE | INTERMEDIATE ABOVE GRADE | INTERMEDIATE AT GRADE | INTERMEDIATE BELOW GRADE | GRADE | ABOVE GRADE | AT GRADE | BELOW GRADE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL MATH | S- | | | | S+ | | | | S | | | |
| Computation | | | | | | | | | | | | |
| Application | | | | | | | | | | | | |
| TOTAL READING | N+ | | ✓ | | I- | | | ✓ | I | | | ✓ |
| Comprehension | | | | | | | | | | | | |
| Word Attack | | | | | | | | | | | | |
| Vocabulary | | | | | | | | | | | | |
| Reads Independently | | | | | | | | | | | | |
| LANGUAGE | S- | | ✓ | | S- | | ✓ | | S | | | |
| Written | | | | | | | | | | | | |
| Oral | | | | | | | | | | | | |
| SPELLING | I+ | | | | S | | | | S | | | |
| Word List | | | | | | | | | | | | |
| Written Work | | | | | | | | | | | | |
| SCIENCE/HEALTH | S | | | | S+ | | | | V- | | | |
| SOCIAL STUDIES | S | | | | S | | | | S | | | |

K Ø J
V Y Q
V G a

NAME: Nathan Wells   SCHOOL: _____ GRADE: 1   
TEACHER: Ms. Mauleon   YEAR: 1997-98
PRINCIPAL: Mrs. Morrison

**MARKING KEY**
O – Outstanding
V – Very Good
S – Satisfactory
I – Is Improving
N – Needs Improvement

**STUDY HABITS**

| | | | |
|---|---|---|---|
| Works Independently | S+ | S+ | V |
| Listens Attentively | S+ | S | S+ |
| Follows Directions | S+ | S | S+ |
| Contributes to Class Discussion and Activities | S+ | V | V |
| Brings Necessary Materials to Class | S | S | V- |
| Uses Time Wisely | S- | S | S- |
| Works Neatly and Carefully | S | S | V- |
| Completes Class Work on Time | S | S | V |
| Completes Homework on Time | S | S | V |

several incidents of missing reading log

**ATTITUDES AND BEHAVIOR**

| | | | |
|---|---|---|---|
| Respects Authority | V | V | V |
| Shows Courtesy and Consideration for Others | S+ | V | V |
| Respects Personal and Public Property | S | S | V |
| Follows Class and School Rules | S+ | S | V |
| Demonstrates Self Control | S+ | S | V |
| Assumes Responsibility | S+ | S | V |

**ACTIVITIES**

| | | | |
|---|---|---|---|
| Art Participation | S+ | S | V |
| Music Participation | S | S | S |
| Physical Education Participation | S | S | S |
| Handwriting | S- | I+ | V |

**PERMANENT RECORD**

COMMENTS
1. Nathan works well in this class. However, he needs to continue working on his awareness to whom he is talking and should work to use and apply words correctly.

Parent Signature _____

COMMENTS
2. Nathan is making improvements in all areas but he needs to continue practicing his writing. He still needs to practice spelling words correctly.

Parent Signature _____

COMMENTS
3. Nathan has really worked hard this trimester. He needs to continue practicing his sight words and reading.

Parent Signature _____

ASSIGNMENT FOR SEPTEMBER, 19___ GRADE 2

NAME [illegible]   SCHOOL [illegible]   GRADE 2   YEAR 1998-99

TEACHER Mrs. Wigus

PRINCIPAL Mrs. Morrison

## MARKING KEY

O – Outstanding
V – Very Good
S – Satisfactory
I – Is Improving
N – Needs Improvement

### STUDY HABITS

| | | | |
|---|---|---|---|
| Works Independently | V | V | V |
| Listens Attentively | S | S | V |
| Follows Directions | V | V | V |
| Contributes to Class Discussion and Activities | V | V | V |
| Brings Necessary Materials to Class | V | O | O |
| Uses Time Wisely | S | S | S |
| Works Neatly and Carefully | S | S | S |
| Completes Class Work on Time | S | S | V |
| Completes Homework on Time | S+ | S | S- |

### ATTITUDES AND BEHAVIOR

| | | | |
|---|---|---|---|
| Respects Authority | V | O | O |
| Shows Courtesy and Consideration for Others | V | O | O |
| Respects Personal and Public Property | V | O | V |
| Follows Class and School Rules | V | O | O |
| Demonstrates Self Control | V | V | V |
| Assumes Responsibility | V | V-S | S |

### ACTIVITIES

| | | | |
|---|---|---|---|
| Art Participation | S | V | V |
| Music Participation | S | S | S |
| Physical Education Participation | V | V | V |
| Handwriting | S | S | S |

### COMMENTS

1. [handwritten, partially illegible] Mathew needs to read every day at home. He also needs to take more time to improve his handwriting.

Parent Signature [signature]

---

## MARKING KEY – SUBJECT AREAS

**PRIMARY**
O – Outstanding
V – Very Good
S – Satisfactory

**INTERMEDIATE**
A – Excellent
B – Very Good
C – Average
D – Below Average
F – Very Poor

### SUBJECT AREAS

| SUBJECT AREAS | GRADE | ABOVE GRADE | AT GRADE | BELOW GRADE | GRADE | ABOVE GRADE | AT GRADE | BELOW GRADE | GRADE | ABOVE GRADE | AT GRADE | BELOW GRADE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL MATH | | | | | | | | | | | | |
| Computation | S- | | | X | S- | | | X | S- | | | X |
| Application | | | | | | | | | | | | |
| TOTAL READING | N | | | X | | | | X | | | | X |
| Comprehension | | | | | I | | | | I | | | |
| Word Attack | | | | | | | | | | | | |
| Vocabulary | | | | | | | | | | | | |
| Reads Independently | | | | | | | | | | | | |
| LANGUAGE | | | | | | | | | | | | |
| Written | N | | | | H | | | | S- | | | |
| Oral | V | | | | V | | | | V | | | |
| SPELLING | | | | | | | | | | | | |
| Word List | I | | | | H | | | | H | | | |
| Written Work | N | | | | H | | | | H | | | |
| SCIENCE/HEALTH | S | | | | S | | | | S | | | |
| SOCIAL STUDIES | S | | | | S | | | | S | | | |

### COMMENTS

2. [handwritten, partially illegible] Mathew needs to continue progressing in his reading skills. He might work a little harder on his spelling.

3. [handwritten, partially illegible] Mathew did not make much progress this year in his reading. Looked at a highly recommended summer school.

Parent Signature [signature]

ASSIGNMENT FOR SEPTEMBER, 19 99 GRADE 3

PERMANENT RECORD

NAME _Nathan Wells_   SCHOOL _Babbling Wells_
TEACHER _Miss Saultz_   GRADE _3_
PRINCIPAL _Mrs. Susan Morrison_   YEAR _99-00_

## MARKING KEY

O – Outstanding
V – Very Good
S – Satisfactory
I – Is Improving
N – Needs Improvement

### STUDY HABITS

| | | | |
|---|---|---|---|
| Works Independently | S- | S- | S+ |
| Listens Attentively | S- | S- | S- |
| Follows Directions | S | S | V |
| Contributes to Class Discussion and Activities | N | S- | V |
| Brings Necessary Materials to Class | S | V | O |
| Uses Time Wisely | S | S- | S+ |
| Works Neatly and Carefully | S | S- | S- |
| Completes Class Work on Time | S | S- | V |
| Completes Homework on Time | N | I | V |

### ATTITUDES AND BEHAVIOR

| | | | |
|---|---|---|---|
| Respects Authority | S | S | V |
| Shows Courtesy and Consideration for Others | S | S | S |
| Respects Personal and Public Property | S | S | S |
| Follows Class and School Rules | S | S | V |
| Demonstrates Self Control | S | S | S+ |
| Assumes Responsibility | S | S | V |

### ACTIVITIES

| | | | |
|---|---|---|---|
| Art Participation | | V | O |
| Music Participation | | S | S |
| Physical Education Participation | | O | O |
| Handwriting | | S | S |

### COMMENTS

1. Nathan's writing is improving, especially when he works summarized in routine. Nathan is still below grade level in reading and needs to practice at home daily to get better.
Parent Signature _(signature)_

## MARKING KEY – SUBJECT AREAS

**PRIMARY**
O – Outstanding
V – Very Good
S – Satisfactory
I – Improving
N – Needs Improvement

**INTERMEDIATE**
A – Excellent
B – Very Good
C – Average
D – Below Average
F – Very Poor

| SUBJECT AREAS | GRADE | ABOVE GRADE | AT GRADE | BELOW GRADE | GRADE | ABOVE GRADE | AT GRADE | BELOW GRADE | GRADE | ABOVE GRADE | AT GRADE | BELOW GRADE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL MATH | S | | X | | S | | X | | S | | X | |
| Computation | | | | | | | | | S | | X | |
| Application | | | | | | | | | | | | |
| TOTAL READING | N | | | X | S- | | | X | S | | | X |
| Comprehension | | | | | | | | | | | |
| Word Attack | | | | | | | | | | | | end of 3rd |
| Vocabulary | I | | | | I | | | | I | | | |
| Reads Independently | N | | | | N | | | | I | | | Word List 77... spells reads improvement... |
| LANGUAGE | | | | | | | | | | | | |
| Written | | | | | | | | | | | | |
| Oral | | | | | | | | | | | | |
| SPELLING | | | | | | | | | | | | |
| Word List | S | | | | S | | | | V | | | |
| Written Work | S | | | | S | | | | V | | | |
| SCIENCE/HEALTH | | | | | | | | | | | | |
| SOCIAL STUDIES | | | | | | | | | | | | |

### COMMENTS

2. Nathan's reading has improved. He still reads very slowly. He is keeping up in math. Spelling is still a very weak area both in tests and on everyday work.
Parent Signature _(signature)_

3. Nathan Study habits have improved this year. He needs to keep reading this summer. I enjoyed having Nathan in class.
Parent Signature _____

ASSIGNMENT FOR SEPTEMBER, 19___   GRADE _4_

PERMANENT RECORD

32

Grade 4

Name: Nathan Wells
School: Sunnymead Elem.
Teacher: Mrs. Privette

MORENO VALLEY UNIFIED SCHOOL DISTRICT
TRIMESTER REPORT
YEAR 00/01

## LANGUAGE ARTS (Progress Toward Standards)

| Trimesters 1 | 2 | 3 | Reading/Comprehension |
|---|---|---|---|
| 2 | 2 | | Uses phonics/word analysis skills |
| 2 | 2 | | Demonstrates grade level vocabulary development |
| 2 | 2 | | Reads fluently with expression |
| 2 | 2 | | Understands grade level materials |
| 2 | 2 | | Responds to and analyzes literature |
| F | D | | Reading/Comprehension GRADE |
| Y | Y | N | Student at Risk of Retention |

| Trimesters 1 | 2 | 3 | Writing Process and Strategies |
|---|---|---|---|
| 2 | 2 | 2 | Written composition shows focus and organization |
| 2 | 2 | 2 | Uses research procedures and technology |
| 2 | 2 | 2 | Writes summaries, reports, narratives, and responds to literature |
| 2 | 2 | 2 | Uses correct spelling, punctuation, capitalization, sentence structure and grammar |
| 2 | 2 | 3 | Writes legibly |
| 2 | 2 | 2 | Listens and Responds Critically to Literature |
| 2 | 2 | 2 | Orally Expresses Ideas and Concepts Clearly |
| D+ | D+ | C | Written/Oral Communication GRADE |
| Y | Y | N | Student at Risk of Retention |

| | Trimesters 1 | 2 | 3 |
|---|---|---|---|
| HISTORY SOCIAL SCIENCE GRADE | C | B | B |
| SCIENCE Physical/Life/Earth/Health GRADE | D | B | C |
| VISUAL ARTS/ PERFORMING ARTS Effort Only | S | O | O |
| PHYSICAL EDUCATION Effort Only | O | O | O |

O - Outstanding S - Satisfactory U - Unsatisfactory

## MATHEMATICS (Progress Toward Standards)

| Trimesters 1 | 2 | 3 | |
|---|---|---|---|
| | | | **Number Sense and Operations** |
| 2 | 2 | 2 | Knows multiplication tables |
| 2 | 2 | 2 | Adds, subtracts, multiplies, and divides whole numbers |
| | | 2 | Understands relationships between whole numbers, simple fractions, and decimals |
| | | | **Algebra and Functions** |
| 2 | 2 | 2 | Uses and interprets variables, mathematical symbols and properties |
| 2 | 2 | 2 | Manipulates equations |
| | | | **Geometry and Measurement** |
| | 3 | | Understands perimeters and area |
| | 2 | | Uses two dimensional coordinate grids |
| | 3 | | Understands plane and solid geometric objects |
| | | | **Statistics, Data Analysis, Probability** |
| 2 | | 2 | Organizes, represents and interprets data |
| | | 2 | Applies predictions to probability situations |
| | | | **Mathematical Reasoning** |
| 2 | 3 | 2 | Uses a variety of strategies to find solutions |
| 2 | 2 | 2 | Makes generalizations to other situations |
| D | B | C | Mathematics GRADE |
| Y | Y | N | Student at Risk of Retention |

| ATTENDANCE | Trimesters 1 | 2 | 3 |
|---|---|---|---|
| Days In Reporting Period | 43 | 52 | 61 |
| Days Present | 43 | 52 | 45 |
| Days Absent | 0 | 0 | 16 |
| Days Tardy | 0 | 0 | 0 |

INTERVENTION PROGRAMS: SOAR TO SUCCESS

SPECIAL PROGRAM PARTICIPATION
- [x] Title 1
- [ ] Structured Transitional English Program
- [ ] Alternative Language Program Language of Instruction
  - [ ] English
  - [ ] Spanish
- [ ] Special Day Class
- [ ] Resource Specialist
- [ ] Designated Instructional Service
- [ ] Gifted and Talented Program
- [ ] Other

SEE ATTACHMENTS Trimesters 1 ☐ 2 ☐ 3 ☐

## CITIZENSHIP AND STUDY HABITS

Y Yes N No S Sometimes

| Trimesters 1 | 2 | 3 | |
|---|---|---|---|
| N/S | S | S | Uses time productively |
| N | S | S | Demonstrates academic effort |
| S | Y | Y | Follows directions |
| S | S | Y | Works cooperatively in a group |
| Y | Y | Y | Respects authority |
| S | S | S | Respects peers |
| | | | Demonstrates responsible behavior |
| S | Y | Y | In classroom |
| S | Y | Y | Outside classroom |
| | | | Completes assignments on time |
| N | N | S | Classroom |
| N | S | S | Homework |

## SPECIAL NOTES

Y Yes N No S Sometimes

| | | | |
|---|---|---|---|
| Y | N | Y | Absences interfere with achievement |
| S | N | S | Inappropriate behavior interferes with learning |

## DEFINITIONS

Progress Toward Content Standards:
4 Advanced (Exceeding Standards)
3 Proficient (Meeting Standards)
2 Basic (Making progress toward, but not meeting standards)
1 Below Basic (Making insufficient progress toward meeting standards)
☒ Not assessed at this time

Grade: A Outstanding Achievement
B Above Average Achievement
C Satisfactory Achievement
D Limited Achievement
F Little or No Achievement
☒ Enrolled less than 20 days

Student at Risk of Retention: Y (Yes) N (No)

GRADE PLACEMENT NEXT YEAR: 01/02 Year
Retained in Grade ☐ Promoted to Grade 5

Parent Conference(s) Held On: 10/26/00

Attending the Conference: Randall & Sonye Wells

PLEASE SIGN AND RETURN THIS PORTION TO THE TEACHER

Retention Candidate ☒ 10/26/00 Date

Student Name: ______

Parent/Guardian Comment: ______

Parent/Guardian Signature

White (Office)
Yellow (3rd Trimester)
Pink (2nd Trimester)
Goldenrod (1st Trimester)

5 - R - 5 (REV. 6/99)

NAME _Nathan Wells_   SCHOOL _Sunny Sands_
TEACHER _Mrs. Siegrist_   GRADE _5_
PRINCIPAL _Mrs. Cornett_   YEAR _2001-2002_

## MARKING KEY

O – Outstanding
V – Very Good
S – Satisfactory
I – Is Improving
N – Needs Improvement

### STUDY HABITS

| | 1 | 2 | 3 |
|---|---|---|---|
| Works Independently | S | S | S |
| Listens Attentively | V | V | V |
| Follows Directions | V | O | V |
| Contributes to Class Discussion and Activities | O | O | V |
| Brings Necessary Materials to Class | V | O | V |
| Uses Time Wisely | S | V | V |
| Works Neatly and Carefully | O | O | V |
| Completes Class Work on Time | V | O | V |
| Completes Homework on Time | V | V | V |

### ATTITUDES AND BEHAVIOR

| | 1 | 2 | 3 |
|---|---|---|---|
| Respects Authority | O | O | O |
| Shows Courtesy and Consideration for Others | O | O | O |
| Respects Personal and Public Property | V | O | O |
| Follows Class and School Rules | O | O | O |
| Demonstrates Self Control | O | O | O |
| Assumes Responsibility | V | O | O |

### ACTIVITIES

| | 1 | 2 | 3 |
|---|---|---|---|
| Art Participation | S | S | S |
| Music Participation | S | S | S- |
| Physical Education Participation | S+ | V | V |
| Handwriting | V | V | N |

COMMENTS
1. Nathan is always willing to help although he
tries hard, the work is difficult for him. I suggest
that you have him learn his multiplication facts.
Mrs. Siegrist   Mrs. Rennull

Parent Signature X _Randall Wells_

## MARKING KEY – SUBJECT AREAS

PRIMARY
O – Outstanding
V – Very Good
S – Satisfactory
I – Improving
N – Needs Improvement

INTERMEDIATE
A – Excellent
B – Very Good
C – Average
D – Below Average
F – Very Poor

| SUBJECT AREAS | GRADE | AT GRADE | ABOVE GRADE | BELOW GRADE | GRADE | AT GRADE | ABOVE GRADE | BELOW GRADE | GRADE | AT GRADE | ABOVE GRADE | BELOW GRADE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL MATH | | | | | | | | | | | | |
| Computation | D | | | | C | | | V | C | | | |
| Application | | | | | C | V | | | C | | | |
| TOTAL READING | F | | | V | D | | | | C | | | V |
| Comprehension | | | | | | | | | | | | |
| Word Attack | | | | | | | | | | | | |
| Vocabulary | | | | | | | | | | | | |
| Reads Independently | F | | | | D+ | | | | C | | | |
| LANGUAGE | | | | | | | | | | | | |
| Written | | | | | | | | | B-C | | | |
| Oral | | | | | | | | | | | | |
| SPELLING | D | | V | | C | | | | C | | | |
| Word List | | | | | | | | | | | | |
| Written Work | | | | | | | | | | | | |
| SCIENCE/HEALTH | C | | | | C | | | | B | | | |
| SOCIAL STUDIES | C | | | | C | | | | B | | | |

COMMENTS
3. Great improvement this year
Nathan keep working hard

Parent Signature

ASSIGNMENT FOR SEPTEMBER _6th_   GRADE

EXHIBIT F

*Please sign & Return*

# PALM SPRINGS UNIFIED SCHOOL DISTRICT
### 980 East Tahquitz Canyon Way – Palm Springs, California 92262
### 760-416-8000

**Part I (Fall)**

## INTERVENTION CONFERENCE SUMMARY FOR STUDENTS
## AT RISK OF RETENTION

Name of Student _Nathan Wells_ Present Grade _3_

School Site _Bubbling Wells_ Date _11/16/99_ Sex: Male _X_ Female ___

Birthdate _1-27-91_ Parent/Guardian Name: _Sonya Garza_

Address ~~██████████████~~ Phone _325-7792_

Programs: (Please check all that apply):

Primary Language: _____ RSP _____ SDC _____ 504 _____ ELL _____ Title I _X_ GATE _____

_____ Prior retention of student? _____ Date _____ Grade _____

***Running Record Reading Level*** _2nd_   ***Reading Grade*** _N_

Comments: _____

Assigned Intervention(s): _Bobcat Bookroom, Mrs. Morrison's Phonics group 30 min._

☑ I approve of the intervention for my student

Parent Signature _Sonya L Garza_ Teacher/Administrator Signature _Heidi Shultz_

---

**Part II (Spring)**

## PROMOTION RETENTION REVIEW OF PUPIL PROGRESS

Specific reasons for/against retention recommendation _Nathan continues to be at risk of retention. Recommend continuing interventions next year. Summer reading is essential_

***Running Record Reading Level*** _3_   ***Reading Grade*** _T_

Additional Intervention(s) Assigned _After school Writer's Workshop_

Comments: _____

Teacher Signature _Heidi Shultz_ Date _5/31/00_

Principal Signature _____ Date _____

Parent Signature _Sonya Garza_ Date _6-2-2000_

☐ Student Retained   ☐ Mandatory Summer School   ☒ Student Promoted

Distribution: Parent – School Committee

Intervention Conference Primary 11/1/99



# PALM SPRINGS UNIFIED SCHOOL DISTRICT

## PART I FIRST REPORTING PERIOD

### INTERVENTION CONFERENCE SUMMARY FOR STUDENTS AT RISK OF RETENTION

Name of Student _Nathan Wells_  Present Grade _8_

School Site _JWMS_  Date _____  ☒ Male   ☐ Female

Birthdate _1-27-91_  Parent/Guardian Name _____

Address ███████████████████████  Phone _409-4341_

Current Programs: (Please check all that apply):
☐ Primary Language   ☐ ELD   ☐ Title I   ☐ RSP   ☐ SDC   ☐ 504   ☐ Speech   ☐ GATE

Prior retention of student? ☐ no   ☐ yes   Date _____   Grade _____

| Grades 2, 3 | Grades 4, 5 | Grade 8 |
|---|---|---|
| Reading Grade _____<br>Writing Score _____ | Reading Grade _____<br>Mathematics Grade _____<br>Writing Score _____ | Language Arts Grade _F_<br>Mathematics Grade _F_<br>Corrective Reading Decoding Level ____<br>_writing 2_ |

| Intervention(s): | | Frequency<br>(i.e. 1 hr. per day) | Duration<br>(i.e. Oct-Dec) |
|---|---|---|---|
| ☐ English Language Dev.<br>☐ Soar to Success<br>☐ Corrective Reading<br>☐ HOSTS<br>☐ Other _____ | ☐ Extended Day<br>☐ Accelerated Reading/SRC<br>☐ Math Intervention<br>☐ Open Court Intervention | | |

☐ The District's Promotion and Retention Policy has been explained to me. I understand that my child is at risk of retention as of this date.

☐ I approve of the intervention for my student.

Parent/Guardian Signature _Sonya Gage_  Teacher/Administrator Signature _____

## PART II PROMOTION RETENTION REVIEW OF PUPIL PROGRESS

| Grades 2, 3 | Grades 4, 5 | Grade 8 |
|---|---|---|
| Reading Grade _____<br>Writing Score _____ | Reading Grade _____<br>Mathematics Grade _____<br>Writing Score _____ | Language Arts Grade _F_<br>Mathematics Grade _F_<br>Corrective Reading Decoding Level ____<br>_Writing 2_ |

☐ Student Promoted, Meets Criteria
☐ Student Retained
☐ Mandatory Summer School
☐ Summer School Recommended
☐ Student Promoted but Remains at Risk
☐ Student Promoted because of Previous Retention
☐ Special Education, Student Promoted, Meets IEP Goals
☐ Student Promoted, Makes one year growth in Language Development
☐ Student Promoted, Contingent Upon Summer School Progress

Teacher Signature _____  Date _6-7-05_

Parent Signature _Sonya Gage_  Date _6.7.05_

Principal Signature _____  Date _6-7-05_

Elementary 2, 3, 4, 5, 8  Intervention Conference 10/9/03

white – Cum        canary – 3rd conference        pink – 2nd conference        goldenrod – 1st conference

# PALM SPRINGS UNIFIED SCHOOL DISTRICT

## PART I FIRST REPORTING PERIOD
### INTERVENTION CONFERENCE SUMMARY FOR STUDENTS AT RISK OF RETENTION

Name of Student _Nathan Wills_          Present Grade _8_

School Site _JWMS_          Date _____          ☒ Male   ☐ Female

Birthdate _1-27-91_          Parent/Guardian Name _____

Address ████████████          Phone _409-4341_

Current Programs: (Please check all that apply)
☐ Primary Language   ☐ ELD   ☐ Title I   ☐ RSP   ☐ SDC   ☐ 504   ☐ Speech   ☐ GATE

Prior retention of student? ☐ no   ☐ yes   Date _____   Grade _____

| Grades 2, 3 | Grades 4, 5 | Grade 8 |
|---|---|---|
| Reading Grade _____ <br> Writing Score _____ | Reading Grade _____ <br> Mathematics Grade _____ <br> Writing Score _____ | Language Arts Grade _F_ <br> Mathematics Grade _F_ <br> Corrective Reading Decoding Level <br> _writing 2_ |

Intervention(s):
☐ English Language Dev.       ☐ Extended Day
☐ Soar to Success            ☐ Accelerated Reading/SRC
☐ Corrective Reading         ☐ Math Intervention
☐ HOSTS                      ☐ Open Court Intervention
☐ Other _____

Frequency (i.e. 1 hr. per day)          Duration (i.e. Oct-Dec)

☒ The District's Promotion and Retention Policy has been explained to me. I understand that my child is at risk of retention as of this date.
☐ I approve of the intervention for my student.

Parent/Guardian Signature _X Sonya Ghee_          Teacher/Administrator Signature _____

## PART II PROMOTION RETENTION REVIEW OF PUPIL PROGRESS

| Grades 2, 3 | Grades 4, 5 | Grade 8 |
|---|---|---|
| Reading Grade _____ <br> Writing Score _____ | Reading Grade _____ <br> Mathematics Grade _____ <br> Writing Score _____ | Language Arts Grade _F_ <br> Mathematics Grade _F_ <br> Corrective Reading Decoding Level <br> _Writing 2_ |

☐ Student Promoted, Meets Criteria
☒ Student Retained
☐ Mandatory Summer School
☐ Summer School Recommended
☐ Student Promoted but Remains at Risk
☐ Student Promoted because of Previous Retention
☐ Special Education, Student Promoted, Meets IEP Goals
☐ Student Promoted, Makes one year growth in Language Development
☐ Student Promoted, Contingent Upon Summer School Progress

Teacher Signature _____          Date _6-7-05_

Parent Signature _X Sonya Ghee_          Date _6.7.05_

Principal Signature _____          Date _6.1.05_

Elementary 2, 3, 4, 5, 8   Intervention Conference   10/9/03
white – Cum          canary – 3rd conference          pink – 2nd conference          goldenrod – 1st conference

EXHIBIT G

## Declaration of Ana Hernandez

I, Ana Hernandez, declare as follows:

1.  That I am an investigator with the Federal Public Defender and am the assigned investigator in the matter of USA v. Nathan Ramon Wells.

2.  On May 6, 2010, I traveled to Cathedral City, California to specifically view and inspect the evidence on this case currently in the possession and control of the Cathedral City Police Department, to wit, a laser pen.

3.  Upon inspection of the above referenced laser pen, I noticed there are no warnings on the laser pen as to the strength or proper use of same.  In fact, there are no writings, labels, logos or serial numbers on the laser pen involved in this matter (see attached photographs).

4.  I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

/ / /

/ / /

1

Signed October 5, 2010, in the city of Riverside,

State of California.

_____
Ana Hernandez





EXHIBIT H

13 September 2010

Dear Judge Philips,

I am nineteen years old and never imagined writing a letter to a judge. I would like to tell you a little about who I am. I was born in Palm Springs California to my parents Randall Wells Sir. and Sonya Garza. I have three siblings Randall Wells Jr. who is 20 years old███████Wells 16, and my sister██████who is 15. My brother Randall has a one year old daughter named Chanel. I am close to my family and love them very much.

Growing up my parents where separate for a while and then divorced in 2004. As a result, my father remarried and I have 2 step bothers and one half sister and brother. Before my parents divorced I had a good childhood. Both of my parents where always there for me, and my needs where met. I had games, motorcycles, and all the things I liked to play with. My mother took on the roll of being a single parent. She and my grandmother Martha Garza did there best to raise me and I love them very much.

Adulthood for me has started off very rough as a result, of the crime I committed. I wish I would have made a better choice and now know how serious the crime is. Being on house arrest and complying with pretrial services has made me feel as if I have no life. I feel stuck and cannot move forward because of this crime. I have learned that being an adult I am responsible for my actions and I need to make good choices because the choices I make can affect my life and the lives of others.

Getting an education is a number one goal I m setting for my self. I dropped out of school last year and now realize how important it is for me to have a GED and go to college. I do not want to work as a moving guy the rest of my life. In the future I would like to be a mechanic, and own my own mechanic shop. I enjoy working on cars and feel this will keep me busy and everyone needs their car fix, so business won't be slow.

When I think about being sentenced in prison I know the time will be very hard and it scares me. I will be very sad and depressed. Most of all I will miss my family. I will be on my best behavior and keep to myself.  To keep myself from getting into similar circumstances in the future my plans are to follow all laws, keep my self busy with work and school.

Sincerely, Luthan Wells

# EXHIBIT I

The Honorable Virginia A. Phillips

United States District Judge


Dear Judge Phillips,

I first met Nathan R. Wells when he was five years old his mother and I were friends and we dated each other for a couple of years after his parents were divorced. Nathan was bright and respectful and just a fun kid extremely inquisitive. I became reacquainted with Nathan three years ago when his mother and I started to date once again I am now proud to say this young man will be my stepson in the near future as his mother and I are engaged to be married.

Over the last three years Nathan has had his struggles with becoming an adult. I will say that considering his lack of a male role model in his life, he lacked discipline or a true sense of direction. When I first learned of the incident with the laser I was infuriated and felt like this kid will never grow up. I was critical of him and extremely opinionated I told him he had no more opportunities to be a child and make childish mistakes.

I feel Nathan has grown more as a man in the last year, and I am proud to have witnessed this first hand. Nathan has taken full responsibility for this incident and has shared his remorse to his mother and I for his disrespect to authority, His attitude and behavior this last year has been nothing short of realizing just how wrong Nathan was living his life.

I am absolutely positive about Nathan's future he has hope and has begun to look into attending classes at College of the Desert.

Nathan is a hard worker he is family oriented he loves his grandmother and takes her to work before he goes to work himself each day. He is a compassionate, sensitive young man that has had some horrible things happen in his past the loss of his uncle where a drunken driver killed him. This uncle was more like a brother to him they lived in the same home for most of Nathans life and were only ten years apart in age. At an early age Nathan witnessed countless times his mother being beaten by his father. He grew up in very rough neighborhood living with his mother, grandmother, brothers and sister as well as two uncles in a three bedroom house he was not spoiled by any means.

I feel Nathan would benefit from some therapy to bring some closure to some of his lives early pains he comes from a place where this type of stuff is not discussed, I do as well that is why I identify with Nathan.

In closing Judge Phillips his mother and I are willing to financially assist Nathan with school. As well as a share the spiritual principles that we abide by in our lives. Nathan has made some great strides and he realizes that there is a lot of work ahead but as I stated earlier he is not fearful of hard work he will succeed. Please give him that opportunity.

Sincerely

Don R Wynot

EXHIBIT J

# EMPLOYER DEMAND FOR EX-OFFENDERS:

## Recent Evidence from Los Angeles

by

### Harry J. Holzer
Visiting Fellow
Urban Institute
and
Professor
Georgetown Public Policy Institute
Georgetown University
3600 N Street, NW, Suite 200
Washington, DC 20007
hjh4@georgetown.edu


### Steven Raphael
Associate Professor
Goldman School of Public Policy
University of California, Berkeley
2607 Hearst Avenue
Berkeley, CA  94720-7320
raphael@socrates.berkeley.edu


### Michael A. Stoll
Associate Professor
Department of Policy Studies
School of Public Policy and Social Research
University of California, Los Angeles
3250 Public Policy Bldg., Box 951656
Los Angeles, CA  90095-1656
mstoll@ucla.edu

March 2003

## 1. Introduction

Between 1988 and 2000, the nation's incarceration rate doubled from about 250 to nearly 500 per 100,000 persons.  The Bureau of Justice Statistics (BJS) estimates that approximately 9 percent of all men will serve some time in state or federal prisons, with considerably higher figures for blacks (about 30 percent) and Latinos (16 percent).  These trends are especially pronounced for California, and within California, for Los Angeles in particular.  California houses a disproportionate share of the nation's recently released prisoners.  In 2001, about 23 percent of the nation's approximately 600,000 recently-released prisoners resided in California, in contrast to a state population equal to 11 to 12 percent of the nation's.  What's more, of the approximately 140,000 released prisoners in California in 2001, a disproportionate share of these - nearly 34 percent - returned to Los Angeles County (which houses about 28 percent of the state's population).[1]

No doubt, the successful reintegration of this growing population depends in part on the employment potential of ex-offenders.  Several studies have analyzed the labor market consequences of involvement in the criminal justice system by testing for direct effects on future employment and earnings of being arrested (Grogger 1995) or of serving time (Freeman 1996; Kling 1999; Kling et. al., 2000).  These studies show that arrests and imprisonment are both associated with lower employment and earnings, ranging from reductions of 10-30% for employment and/or earnings. These reductions might be associated with factors operating on both the supply (i.e., worker) and demand (i.e., employer) sides of the labor market, but recent evidence points to very strong effects operating on the demand side of the market (Pager, 2002).[2]

---

[1] This data is reported from the Bureau of Justice Statistics (2001) and the U.S. Census Bureau (2001) for California.
[2] Using data from an audit study of matched pairs of offenders and non-offenders by race in Milwaukee, Pager shows that having a criminal record reduced the frequency of job offers by half among whites and by two-thirds among blacks. Even among non-offenders, there was a strong negative effect of being black as well.

1

Our earlier work using data from the early 1990s on employer demand for ex-offenders documents the correlates of employer willingness to hire ex-offenders, criminal screening practices, and the impacts of these factors on racial hiring outcomes (Holzer, Raphael, and Stoll forthcoming, 2002a, and 2002b).[3]  This research demonstrates that employer willingness to hire ex-offenders is very limited, even relative to other groups of disadvantaged workers (such as welfare recipients and the long term unemployed), but varies with particular establishment and job characteristics.  Employers act on this aversion to ex-offenders by reviewing the criminal history records of applicants, or in the absence of a formal background checks, by statistically discriminating against those perceived to be ex-offenders (Holzer, *et. al.*, 2002a and 2002b).

While instructive, this research leaves many unanswered questions.  For instance, does self-reported employer willingness to hire ex-offenders correlate with their actual hiring behavior or vary with the characteristics of ex-offenders or the type of offense with which they were charged?  Has the use of criminal background checking increased over the 1990s, particularly since the cost of checking has decreased?  If so, which kinds of firms are associated with the greatest growth in checking?  Finally, a number of other questions about criminal background checks remain such as to what extent are employers legally required to check, by which method and when do they check, and which firm and job level characteristics are associated with this checking. The implications of the answers to these questions for labor market opportunities for ex-offenders and public policy need to be discussed as well.

This paper investigates these and other related questions using a recent survey of employers in Los Angeles.  Our investigation into these questions will complement earlier and related work using data from the early 1990s.  This research attempts to characterize the labor

---

[3] A limited number of questions on willingness to hire ex-offenders have also been included in other employer surveys that we administered in the late 1990's. See, for instance, Holzer and Stoll (2001).

2

market prospects of ex-offenders in greater detail by describing the specific employment barriers that confront this growing population of mostly young men.

## 2. Data and Definitions of Main Variables

Our data were collected using 20-minute telephone surveys administered to 619 establishments in Los Angeles. The survey was administered between May 2001 and November 2001. We chose to survey employers in Los Angeles for a variety of reasons. It is a large and populous metropolitan area in a state with a large incarcerated population in which nearly a third of recently released prisoners return to Los Angeles County, the geographic boundaries of our study area. At the time of the survey its regional economy registered some of the lowest unemployment rates in thirty years and appeared relatively strong while the national economy had dipped into a recession.

However, while the survey was in the field, the Los Angeles economy began to weaken, particularly in the manufacturing sector; and, of course, the events of September 11 took place. These events are likely to have affected employer responses to questions about their willingness to hire ex-offenders, perhaps in the negative direction, which we explore later in this paper.

By and large, the sample of establishments drawn and other survey methods were borrowed from the earlier survey of employers that we have analyzed in previous papers.[4] Employers were drawn from lists complied by Survey Sampling Inc. (SSI), primarily from telephone directories. To the extent possible, the phone interviews were conducted with the person in the establishment who is responsible for entry-level hiring. Establishments were

---

[4] Harry J. Holzer developed and administered this survey, called the Multi-City Employer Survey (MCES). MCES includes observations on 3,220 employers in four cities (approximately 800 per city): Atlanta, Boston, Detroit, and Los Angeles. The Los Angeles portion of this survey used the identical geographic sampling unit as that used in the survey we report on here. See Holzer (1996) for an extensive discussion of the survey methods and data.

An additional issue concerns whether employers know they have hired ex-offenders.  It is unlikely that all employers know whether they have hired ex-offenders, or the true number of them they have hired, but there are strong reasons to believe that their errors are not large.  As we document below, about half of the employers in this survey actually check for criminal backgrounds, and another 20 percent check sometimes.  Moreover, previous work using similar employer surveys show that a large fraction of employers (about 30 percent) have contact with employment agencies that attempt to place disadvantaged workers, including ex-offenders, into jobs (Holzer and Stoll, 2001).  Finally, employers have incentives to know the backgrounds of their workers to claim the Work Opportunity Tax Credit, though there is evidence that not many employers claim such credits.[5]

Finally, we explore in detail questions concerning whether and the extent to which establishments do criminal background checking.  We ask in the survey "How often do you check the applicant's criminal record? always, sometimes, never."  We also follow include a series of questions concerning whether the employer checked the last filled non-college position, whether they were legally required to do so, from what source did they get information on the applicant's background, and when in the hiring process did they conduct the check.

## 3. Results

### A. Employer Willingness to Hire and Actual Hiring of Ex-Offenders

Figure 1 presents the distribution of employer responses to the question inquiring about the likelihood that the employer would be willing to accept an applicant with a criminal record into their most recently filled job that did not require a college degree.  Over 40 percent of

---

[5] In fact, our survey asked of those employers who had hired an ex-offender over the last year whether they claimed the Work Opportunity Tax Credit when hiring ex-offenders and only 21 percent of employers indicated that they

employers indicate that they would "probably not" or "definitely not" be willing to hire an applicant with a criminal record. Only about 20 percent of employers indicate that they would definitely or probably consider an applicant with a criminal history. On the other hand, about 35 percent of employers indicate that their response depends on the crime of the applicant, the modal response.

These figures, while not directly comparable to those from a survey done in the early 1990s, suggest that employer willingness to accept applicants with criminal histories did not increase significantly over the 1990s during the economic boom.[6] Of course, employer willingness to hire offenders in these data appear to be dampened by the events of September 11 (as we indicate below), and perhaps also by the economic downturn that was growing in seriousness while the survey was in the field. On the other hand, earlier comparisons between data from 1992-94 and 1998-99 also suggested little increase in employer willingness to hire this group over the decade.[7] The apparent lack of increase in demand for ex-offenders while the labor market tightened might reflect the continuing shrinking of those sectors (such as manufacturing and blue-collar jobs) where such demand is relatively high (as we note below).

To put the current survey responses into greater perspective, our survey also asked about employer responses to similarly worded questions concerning the likelihood that employers would accept applications from other groups of low-skilled and possibly stigmatized workers –

---

did.

[6] Similarly worded questions are included in our earlier employer survey during 1992-94 for Los Angeles. However, our current survey is slightly different; it includes a "depends on the crime" response, while our previous survey does not. Still, if we examine the extreme response categories to this question, we find that in Los Angeles for both 1992-94 and 2001 about 20% of employers indicate that they will absolutely not accept ex-offender applicants. Alternatively, 13 percent of employers in 1992-94 indicate that they definitely will accept ex-offender applicants, while 5 percent of employers responded this way in 2001.

[7] See Holzer, *et. al.* (Forthcoming, 2002a). Those data showed little increases in willingness to hire within the Detroit or Los Angeles metropolitan areas, but significantly more willingness to hire in Milwaukee than elsewhere. While some of the differences between Milwaukee and other areas might reflect the extreme tightness of the labor

# EXHIBIT K

# GED

## Palm Springs GED Test Preparation Classes

**Enrollment Location:** Palm Springs Adult School
2248 Ramon Road
Palm Springs, CA 92262
(760) 778.0494

Pre-Requisite:  Assessment test.  Allow approximately 60 minutes.  No appointment needed.

The GED test is a nationally recognized test that measures the core knowledge learned in four years of high school.  It includes five sections:

- Language Arts and Writing
- Math
- Social Studies
- Science
- Reading

Students can take a pre-test to determine their strengths & weaknesses.  An educational plan is developed by the teacher that will help guide each student through lessons that will prepare them to take the test.

Textbooks are available to all GED students for use in the classroom only.  Textbooks **MAY NOT** be taken out of the classroom.  Textbooks may be purchased in the office by GED students only, subject to availability.

Comprehensive texts (containing a review of all subjects) or texts for individual subjects are available in the classroom.

| GED PREPARATION CLASS SITE | DAYS / HOURS | INSTRUCTOR | | START DATE |
|---|---|---|---|---|
| **PALM SPRINGS** | | | | |
| Palm Springs Adult School 2248 Ramon Road Palm Springs, CA 92262 (760) 778.0494 | Monday to Thursday 9:00 a.m. to 12:00 p.m. | Tim Overdurf | English | 9/09/09 |
| | Monday to Thursday 5:00 p.m. to 8:00 p.m. | Humberto Guerrero | English Spanish | 9/09/09 |

**Classes, instructors, dates, times, and fees subject to change or cancellation without notice.**

EXHIBIT L

 Wells

Dear Judge Phillips;

I am writing on the be half of my brother Nathan Wells. Nathan and I have never really seen eye to eye he is always the older brother that told me i couldn't go out or that i had to do good in school. He is always the person even when we where younger that told me not to make the mistakes he made . He watched out for me and always told my other brother Donel that i was young and he shouldn't pick on me. Not most people know that he is the one of the most sweetest person and watches out for his family. And after school he would help me with my homework when I asked him. But don't get me wrong he was and still is the most out going person in the world he showed me how to pull pranks on my other brothers and have so much fun we. Even when it was me going against him he is still better then me.

Nathan is the kind of person that can be the most over protect person in the world that i know of. He is also the person that is once he love something at it and never gives up has the 'never back down attitude'. he goes to or sports and makes fun of us but always tells us how good we where. To be honest I don't know why he committed the offense. But over summer he told me he wanted me to go to his trial so he could show me how much serious this is for him and how he doesn't want me to make any mistakes for what he did. I can see how much he regrets this he is missing out on his adulthood and is trapped in his house and has limits to what he could and cant do. I come home and entertain him on the 10 grade some times. I brag to him my grades and he laughs at all my silly jokes he there for me.

Your honor I know my brother would not commit this sort offense again but i can only speak with what i see and he could only tell you yourself but i think he needs to prove himself.  it reminded me of world history this quote from Confucius he said " The fault of a superior person are like the sun and moon. They have have there faults, and everyone can see them; they change and everyone looks up to them" my brother makes me look up to him by the way he can put his life back together. I hope you get the chance to see them. Thank you for taking the time out to read this your honor.

Sincerely,
 Wells

Wells

# EXHIBIT M



**RIVERSIDE COUNTY
OFFICE OF EDUCATION**

Kenneth M. Young, Riverside County Superintendent of Schools

*. . . to ensure the success
of all students . . .*



Home | About RCOE | Newsroom | Contact Us | FAQ



Career Technical Education    Regional Occupational Program    Summer Work Experience Program

## Career Technical Education (CTE) Introduction

The Career Technical Education Unit provides, promotes, and coordinates Career Technical Education (CTE) throughout Riverside County in support of RCOE's Mission "to ensure success for all students."

- The CTE Unit provides CTE classes through its Regional Occupational Program, offering over 553 classes, to 33,000 students, in 50 career areas and more than 2,000 places of employment. It is piloting and designing both new CTE curricula and programs: some serve special populations, such as alternative education and special education students, and some offer a new approach for all students, such as the pilot program that will teach math within a CTE context, offering both elective CTE credit and math credit. In addition, the CTE Unit provides direct programs to incarcerated adults throughout the county.

- The CTE Unit promotes CTE through staff development for both academic and CTE teachers; through partnership grants and programs with districts, institutions of higher education, and business and industry; through its consulting services for districts who are planning and implementing the changes called for by the CTE Framework and state and federal mandates.

- The CTE Unit coordinates CTE through its county-wide meetings for all CTE stakeholders, including district administrators, community college administrators, Workforce Development leaders, and other CTE leaders. These partners work together to increase grant funding, to meet legislated CTE requirements, and to create a system of CTE throughout the county.  In addition, the CTE unit works directly with school districts and the community colleges to create and implement a plan for sequences of coursework and pathways to careers for students.

Introduction to CTE

DSP Training and Test

Regional Occupational Program (ROP)

Summer Work Experience Program

Nancy Pavelsky, Ph.D., Director
(951) 826-6797
npavelsky@rcoe.us

Copyright © 2010 Riverside County Superintendent of Schools.
3939 Thirteenth Street, Riverside, CA 92501

EXHIBIT N

# COLLEGE OF THE DESERT

All Sites

Home > Students > Student Services > Programs & Degrees > Automotive Technology

# Automotive Technology

Automotive Technology is the study of automotive systems as they relate to the current generation of computer-controlled vehicles. Career paths in this discipline include automotive service technician, automotive service consultants, automotive parts sales people, vehicles modifiers in the alternate fuels and fuel cells.

Even students who choose not to major in automotive technology find that course work in the field can improve their ability to solve complex problems, improve diagnostic skills and research complex problems.

College of the Desert's automotive curriculum includes course offerings that provide a general overview of the discipline as well as specific courses in steering, suspension, braking systems, both automatic and manual transmission, air conditioning, electrical systems, engine management and emission control systems. The College offers an Associates of Science degree in Automotive Technology and certificates of achievement for student who specialize in the aforementioned areas. Students earning the certificates of achievement in the various specialty areas may choose to continue towards an associate's degree or go directly to entry-level jobs in that aspect of the automotive service industry. Past recipients of COD automotive certificates have obtained positions as service technicians, service advisors, heavy-duty technicians, alternate fuels technicians and alternate fuel system up fitters. For more information please call (760) 773-2571.

**NATEF Certification**

The Automotive curriculum is aligned with the standards of The National Automotive Technicians Education Foundation (NATEF). The Automotive and Advanced Transportation programs are NATEF certified.

Students are recommended to consult with the program advisor for requirements for Automotive Service Excellence (ASE) certification.

Advisor: D. Redman

**Associate of Science Degree**
Automotive Technology

**Certificate of Achievement**

&raquo; Automotive Alternate Fuels
&raquo; Automotive Air Conditioning
&raquo; Automotive Electrical
&raquo; Automotive Emissions
&raquo; Automotive Engine Management
&raquo; Automotive Transmission & Axle
&raquo; General Automotive Service
&raquo; Steering, Suspension & Alignment

© College of the Desert • 43-500 Monterey Ave • Palm Desert, CA 92260 • 760.346.8041 Acceptable Use Guidelines • Disclaimer • ♿ •