**SEND**

**A-M-E-N-D-E-D**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. ED CR 10-00006 VAP |
| Plaintiff(s), ) | JUDGMENT AND COMMITMENT ORDER FOLLOWING REVOCATION OF SUPERVISED RELEASE |
| v. ) | |
| NATHAN RAMON WELLS, ) | |
| Defendant(s). ) | |

Previously, on May 20, 2013, the matter was before the Court on a Petition for Revocation of Probation and Supervised Release, filed on May 7, 2013.

The Court found the Defendant to have violated the terms and conditions of Supervised Release as set forth in the Judgment and Probation/Commitment Order of the United States District Court for the Central District of California, filed on October 25, 2013. The Court ordered the term of Supervised Release, revoked. (SEE JUDGMENT AND COMMITMENT ORDER FOLLOWING REVOCATION OF SUPERVISED RELEASE), filed on May 31, 2013, docket entry no. 54.

AND NOW, on April 17, 2014, the matter came on regularly for hearing on the Petition for Revocation of Probation and Supervised Release, filed on April 7, 2014, as to Allegation Nos. One, Two, Three and Four, of the Petition.

Appearing on behalf of the Defendant, was Angela Viramontes, Deputy Federal Public Defender, and appearing on behalf of the Government, was Assistant United States Attorney, Carlo DiCesare. Also present was Probation Officer, Sharon Summers.

S:\vap\crd's forms\2cr-revocation order.frm

1   The Defendant after having been advised of the Allegations as contained in the
2   Petition, admitted to the truthfulness of each of Allegation Nos. One and Three.  The
3   Defendant does not admit to Allegations Nos. Two and Four.
4   The Court finds that the Defendant as violated the terms and conditions of his
5   Supervised Release.
6   It is adjudged that Defendant, NATHAN RAMON WELLS, is hereby committed to
7   the custody of the Bureau of Prisons, for a term of twelve months, and one day, on each of
8   Allegation Nos. One and Three of the Petition, to be served concurrently.  There will be no
9   period of Supervised Release, to follow the Defendant's release from confinement.
10  On Government's motion, Allegation Nos. Two and Four, ORDERED dismissed.
11  Defendant informed of right to appeal.
12  It is ordered that the defendant shall surrender himself, on or before 12:00
13  Noon, May 1, 2014, to the United States Marshal Service, located at:
14      United States Court House
15      3470 Twelfth Street, Room G-122
16      Riverside, CA 92501

19  IT IS SO ORDERED.
20  Dated: April 22, 2014

                                     _____
                                     HONORABLE VIRGINIA A. PHILLIPS
                                     UNITED STATES DISTRICT JUDGE

    Clerk, U.S. District Court

    By: M. Dillard
        M. Dillard, Courtroom Deputy

S:\vap\crd's forms\2cr-revocation order.frm                    2